# United States Bankruptcy Court
## District of Nevada

Case No. <u>09–12008–lbr</u>
**Chapter 13**

In re: (Name of Debtor)
   ROBERT BRADLEY BENZ SR                           LISA M. BENZ
   aka R BRAD BENZ SR                                aka LISA BENZ
   aka ROBERT BENZ                                   2024 SEDONA MORNING DR
   2024 SEDONA MORNING DR                    LAS VEGAS, NV 89128
   LAS VEGAS, NV 89128

## ORDER DISCHARGING TRUSTEE AND CLOSING OF DISMISSED CASE

The estate of the above named debtor(s), having been Dismissed by Court Order, **IT IS HEREBY ORDERED THAT:**

                                   KATHLEEN A. LEAVITT, Trustee

is discharged as trustee of the estate of the above named debtor(s) and the Bankruptcy is hereby closed.

Dated: 11/3/09                                             BY THE COURT

                                                       *Mary A. Schott*
                                                       Mary A. Schott
                                                       Clerk of the Bankruptcy Court